*Rec. #6446*
*$2.75*
*8-28-09*

# Gordon & Schaal, LLP
## Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

August 27, 2009

Clerk
United States Bankruptcy Court
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614

     RE:   Murray, Jannie
             Case No: 08-20470
             Chapter 7

Dear Sir/Madam:

    Enclosed please find a check in the amount of $2.75 made payable to the U.S. Bankruptcy Court regarding the Estate of Murray for the following claims/administrative expenses:

| Claim Number | Creditor | Filed Amount | Paid Amount |
|---|---|---|---|
| # 1 | Capital Recovery, II | $229.16 | $2.75 |

    Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Kenneth W. Gordon
Chapter 7 Trustee

KWG/bep
Enclosure



FILED
AUG 28 2009
BANKRUPTCY COURT
ROCHESTER, NY

```
        UNITED STATES
      BANKRUPTCY COURT
     WESTERN DISTRICT OF NEW YORK
         ROCHESTER DIVISION

      #  6446          -- MS

      August 28, 2009
         12:07:27


           UNCLAIM
          08-20470
Debtor.: JANNIE F. MURRAY
Judge..: JOHN C. NINFO II
Trustee: Kenneth Gordon
Amount.:              $2.75 Ch
CheckM.: 117



Total->   $2.75


FROM: KENNETH W. GORDON
      1039 MONROE AVE
      ROCHESTER, NY  14620
```